No. 01–301. NEWLAND, WARDEN *v.* SAFFOLD. C. A. 9th Cir. [Certiorari granted, *ante*, p. 971.] Motion of respondent to dismiss the writ of certiorari as improvidently granted denied.

No. 01–593. DOLE FOOD CO. ET AL. *v.* PATRICKSON ET AL.; and
No. 01–594. DEAD SEA BROMINE CO., LTD, ET AL. *v.* PATRICKSON ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

No. 01–637. IN RE ROSCHKE; and
No. 01–6777. IN RE KIDD. Petitions for writs of mandamus denied.

No. 01–394. CHRISTOPHER, FORMER SECRETARY OF STATE, ET AL. *v.* HARBURY. C. A. D. C. Cir. Certiorari granted.

No. 01–417. DEVLIN *v.* SCARDELLETTI ET AL. C. A. 4th Cir. Certiorari granted.

No. 01–400. BELL, WARDEN *v.* CONE. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 00–10666. HARRIS *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following question: "Given that a finding of 'brandishing,' as used in 18 U. S. C. § 924(c)(1)(A), results in an increased mandatory minimum sentence, must the fact of 'brandishing' be alleged in the indictment and proved beyond a reasonable doubt?"

No. 01–226. ARAPAHOE COUNTY PUBLIC AIRPORT AUTHORITY *v.* FEDERAL AVIATION ADMINISTRATION ET AL.; and
No. 01–230. CITY OF GREENWOOD VILLAGE *v.* FEDERAL AVIATION ADMINISTRATION ET AL. C. A. 10th Cir. Certiorari denied. Reported below: 242 F. 3d 1213.